# Patent Claims Analysis
## of
### US8627211 B2: "Method, apparatus, system, medium, and signals for supporting pointer display in a multiple-party communication"

### against
### Anthology Blackboard

## US8627211B2

United States

| | |
|---|---|
| Inventor | Alexander Kropivny |

**Worldwide applications**

2007 US

**Application US11/694,817 events**

| | |
|---|---|
| 2007-03-30 | Application filed by Uranus International Ltd |
| 2007-03-30 | Priority to US11/694,817 |
| 2008-10-02 | Publication of US20080244461A1 |
| 2014-01-07 | Application granted |
| 2014-01-07 | Publication of US8627211B2 |
| Status | Active |
| 2029-03-16 | Adjusted expiration |

**Owner name**: KROPIVNY, ALEXANDER, CANADA

**Free format text**: ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:URANUS INTERNATIONAL LIMITED;REEL/FRAME:049930/0402

**Effective date**: 20190625

CLAIMS

1. A method for supporting multiple-party communications in a computer network including a server and at least one client computer, the method comprising:

> receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer;

> producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and

> transmitting said first pointer message to said client computer.

| US8627211 B2<br>Claim 1 | Anthology Blackboard |
|---|---|
| 1. A method for supporting multiple-party communications in a computer network including a server and at least one client computer, the method comprising: | <https://www.anthology.com/blackboard><br><br>Anthology Blackboard has a method for supporting multiple-party communications in a computer network including a server and at least one client computer.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date.<br><br>• **2022-06-30: "Class Technologies Inc., a leader in synchronous virtual learning, today announced it has closed on the acquisition of Blackboard Collaborate. Prior to the acquisition by Class, Blackboard Collaborate was part of the Anthology product suite, following Anthology's merger with Blackboard last year."** |

| US8627211 B2 Claim 1 | Anthology Blackboard |
|---|---|
| 1. A method for supporting multiple-party communications in a **computer network including a server** and at least one client computer, the method comprising: | **Start and stop the bb-collab service**<br><br>In rare instances, it may be necessary to stop only the `bb-collab` service but leave all other services running. For example, when <u>setting up a dedicated collaboration server in a multiple Web/app server configuration</u> it is necessary to stop the `bb-collab` service on all servers except the collaboration server.<br><<u>https://help.blackboard.com/Learn/Administrator/Hosting/Get_Started/Using_Services</u>><br><br>The reference describes a computer network including a server.<br><br>• **computer network including a server = setting up a dedicated collaboration server in a multiple Web/app server configuration** |

| US8627211 B2 Claim 1 | Anthology Blackboard |
|---|---|
| **receiving a first cursor message at the server from the client computer**, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer; |  <br><br>- Pointer: Guide your attendees' attention to the main points of your content. Select Pointer from the toolbar and <u>start moving your cursor to what you want to highlight</u>. All attendees will see your movements in real time. To stop pointing, select the Pointer button again or any other tool.<br>Only moderators and presenters have a pointer.<br>- Clear annotations and Stop sharing: Only moderators and presenters can clear annotations and stop sharing.<br><br><https://help.blackboard.com/Collaborate/Ultra/Participant/Presenting><br><https://www.class.com/support/collaborate/Participant/Presenting><br><br>The reference describes receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer.<br><br>- **receiving a first cursor message at the server from the client computer = start moving your cursor to what you want to highlight** |

| US8627211 B2<br>Claim 1 | Anthology Blackboard |
|---|---|
| receiving a first cursor message at the server from the client computer, said first cursor message representing a **change in a position of a first cursor associated with the client computer in response to user input received from a user** of the client computer; | <br><https://www.class.com/><br><br>The reference describes receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer.<br><br>● **change in a position of a first cursor associated with the client computer in response to user input received from a user = Instructional Whiteboard** |

| US8627211 B2 Claim 1 | Anthology Blackboard |
|---|---|
| **producing a first pointer message in response to said first cursor message**, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and |  <br><br>• Pointer: Guide your attendees' attention to the main points of your content. Select Pointer from the toolbar and <u>start moving your cursor to what you want to highlight</u>. All attendees will see your movements in real time. To stop pointing, select the Pointer button again or any other tool.<br>Only moderators and presenters have a pointer.<br>• Clear annotations and Stop sharing: Only moderators and presenters can clear annotations and stop sharing.<br><br><https://help.blackboard.com/Collaborate/Ultra/Participant/Presenting><br><https://www.class.com/support/collaborate/Participant/Presenting><br><br>The reference describes producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.<br><br>• **producing a first pointer message in response to said first cursor message = start moving your cursor to what you want to highlight** |

| US8627211 B2 Claim 1 | Anthology Blackboard |
|---|---|
| producing a first pointer message in response to said first cursor message, said first pointer message representing said **change in said position of said first cursor provided by said first cursor message** and being operable to cause display of a pointer on the client computer; and | <br><https://www.class.com/><br><br>The reference describes producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.<br><br>● **change in said position of said first cursor provided by said first cursor message = Instructional Whiteboard** |

| US8627211 B2 Claim 1 | Anthology Blackboard |
|---|---|
| **transmitting said first pointer message to said client computer.** | - Pointer: Guide your attendees' attention to the main points of your content. Select Pointer from the toolbar and start moving your cursor to what you want to highlight. <u>All attendees will see your movements in real time</u>. To stop pointing, select the Pointer button again or any other tool.<br>Only moderators and presenters have a pointer.<br>- Clear annotations and Stop sharing: Only moderators and presenters can clear annotations and stop sharing.<br><br><https://help.blackboard.com/Collaborate/Ultra/Participant/Presenting><br><https://www.class.com/support/collaborate/Participant/Presenting><br><br>The reference describes transmitting said first pointer message to said client computer.<br><br>- **transmitting said first pointer message to said client computer = All attendees will see your movements in real time** |